**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____    Chapter  11

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | DFND Security, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | FKA Chronos Global, Inc. |
| 3. | Debtor's federal Employer Identification Number (EIN) | 47-4142936 |
| 4. | Debtor's address | **Principal place of business**<br><br>18101 Von Karmen Avenue<br>Suite 230<br>Irvine, CA 92612<br>Number, Street, City, State & ZIP Code<br><br>Orange<br>County | **Mailing address, if different from principal place of business**<br><br>3022 South Morgan Point Road<br>Suite 322<br>Mount Pleasant, SC 29466<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | DFNDSECURITY.COM |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: |

Debtor  **DFND Security, Inc.**   Case number (if known) _____
         Name

7. **Describe debtor's business**

   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ■ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   __5415__

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ■ Chapter 11. *Check all that apply:*
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
     - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   - ■ No.
   - ☐ Yes.

   | District _____ | When _____ | Case number _____ |
   | District _____ | When _____ | Case number _____ |

Debtor  DFND Security, Inc.                                              Case number (if known)
         Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____   When _____   Case number, if known _____

11. **Why is the case filed in this district?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

15. **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

16. **Estimated liabilities**

☐ $0 - $50,000
☒ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 3

Debtor  **DFND Security, Inc.**  Case number (if known)
         Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 1, 2025**
             MM / DD / YYYY

X  **/s/ Tony Miranda**                                              **Tony Miranda**
   Signature of authorized representative of debtor                   Printed name

Title  **President**

**18. Signature of attorney**

X  **/s/ Marc C. Forsythe**                                          Date  **August 1, 2025**
   Signature of attorney for debtor                                         MM / DD / YYYY

**Marc C. Forsythe 153854**
Printed name

**GOE FORSYTHE & HODGES LLP**
Firm name

**17701 Cowan**
**Lobby D, Suite 210**
**Irvine, CA 92614**
Number, Street, City, State & ZIP Code

Contact phone  **(949) 798-2460**         Email address  **mforsythe@goeforlaw.com**

**153854 CA**
Bar number and State

# United States Bankruptcy Court
## Central District of California

In re **DFND SECURITY, INC. FKA CHRONOS GLOBAL, INC.**

Debtor(s)

Case No. _____

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Tony Miranda**, declare under penalty of perjury that I am the **President** of **DFND SECURITY, INC. FKA CHRONOS GLOBAL, INC.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __1__ day of **AUGUST**, 20 **25**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tony Miranda, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tony Miranda, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tony Miranda, President** of this Corporation is authorized and directed to employ **Marc C. Forsythe 153854**, attorney and the law firm of **GOE FORSYTHE & HODGES LLP** to represent the corporation in such bankruptcy case."

Date  1 August 2025

Signed  /s/ Tony Miranda
Tony Miranda

Resolution of Board of Directors
of
**Chronos Global, Inc. fna DFND Security, Inc**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Tony Miranda, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Tony Miranda, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Tony Miranda, President** of this Corporation is authorized and directed to employ **Marc C. Forsythe 153854**, attorney and the law firm of **GOE FORSYTHE & HODGES LLP** to represent the corporation in such bankruptcy case.

Date  **1 August 2025**                             Signed  _[signature]_

Date  **1 August 2025**                             Signed  _____

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | DFND Security, Inc. | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | |
| Case number (if known): | | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Crowdstrike Holdings, Inc. 206 E. 9th Street Austin, TX 78701 | (888) 512-9806 | Trade Debt | Contingent Unliquidated Disputed | | | $1,100,000.00 |
| Arrow Enterprise Computing Solution 9151 E. Panorama Circle Englewood, CO 80112 | Jeffrey Galen jeffrey.galen@galendavislaw.com (818) 986-5685 | Trade Debt | Contingent Unliquidated Disputed | | | $600,000.00 |
| TD Synnex Corporation 44201 Nobel Drive Fremont, CA 94538 | Lisa I. Carteen lisa.carrteen@tuckerellis.com (213) 430-4300 | Trade Debt | Contingent Unliquidated Disputed | | | $567,945.80 |
| Veritext Solutions P.O. Box 71303 Chicago, IL 60694-1303 | (800) 227-8440 | Trade Debt | Contingent Unliquidated Disputed | | | $30,000.00 |
| First Legal Depositions P.O. Box 745087 Los Angeles, CA 90074 | info@firstlegal.com (855) 348-4997 | Trade Debt | Contingent Unliquidated Disputed | | | $10,000.00 |

DFND Security, Inc.
3022 South Morgan Point Road
Suite 322
Mount Pleasant, SC 29466


Marc C. Forsythe
GOE FORSYTHE & HODGES LLP
17701 Cowan
Lobby D, Suite 210
Irvine, CA 92614


Antonio Miranda
3022 South Morgans Point Road
Suite 322
Mount Pleasant, SC 29466-7189


Arrow Enterprise Computing Solution
9151 E. Panorama Circle
Englewood, CO 80112


Arrow Enterprise Computing, Inc.
c/o CSC Lawyers Incoprating Servi
Koy Saechao
2710 Gateway Oaks Drive
Sacramento, CA 95833-3505


California Dept. of Fee & Tax Admin
P.O. Box 942879
Sacramento, CA 94279-0001


Crowdstrike Holdings, Inc.
206 E. 9th Street
Austin, TX 78701


Crowdstrike Holdings, Inc.
c/o CSC Lawyers Incoprating Servi
Koy Saechao
2710 Gateway Oaks Drive
Sacramento, CA 95833-3505

```
CT Corporation System, as Represent
330 N. Brand Blvd
Suite 700
Atten: SPRS
Glendale, CA 91203


Dawn Isaac
c/o CSC Lawyers Incorporating Srvc
Attn: Rebecca Vang
2710 Gateway Oaks Drive
Sacramento, CA 95833-3505


Egle Vaitaityte, Agent for Service
TD Synnex Corporation
261 S. Linden Drive
Beverly Hills, CA 90212


Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


First Legal Depositions
P.O. Box 745087
Los Angeles, CA 90074


Franchise Tax Board Bankruptcy
Section MS: A-30
P.O. Box 2952
Sacramento, CA 95812-2952


Galen & Davis LLP
2829 Townsgate Road
Suite 100
Westlake Village, CA 91361


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
```

Jeffrey Sarubbi
3022 South Morgans Point Road
Suite 322
Mount Pleasant, SC 29466-7189


Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071


LIsa I.Carteen
Tucker Ellis LLP
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029


State of California EDD
Lien Group, MIC 92G
P.O. Box 826880
Sacramento, CA 94280-0001


TD Synnex Corporation
44201 Nobel Drive
Fremont, CA 94538


U.S. Small Business Administration
Office of General Counsel
312 North Spring Street, 5th Floor
Los Angeles, CA 90012

```
Veritext Solutions
P.O. Box 71303
Chicago, IL 60694-1303


Wells Fargo Distribution Finance
c/o CSC Lawyers Incorporating Srvc
Attn: Rebecca Vang
2710 Gateway Oaks Drive
Sacramento, CA 95833-3505
```